**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

CAPITAL CLEANING
CONTRACTORS OF WISCONSIN,
INC., *et al.*

                                                    Civil Action No.  05-C-345

                              Plaintiffs,

        vs.

KATHERINE GLASL, *et al.*

                              Defendants.

## ORDER

        Based upon the Stipulation of the parties dated September 6, 2005, and good cause

having been shown as described in that Stipulation,

        IT IS ORDERED THAT the Confidentiality Stipulation and Protective Order of the

parties shall stand as and for the United States District Court for the Eastern District of

Wisconsin in each and every respect.

        Dated this 7th day of September, 2005.

                                        BY THE COURT:

                                        s/ Rudolph T. Randa
                                        Honorable Rudolph T. Randa
                                        Chief Judge